**Order entered October 9, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01069-CV

### IN THE INTEREST OF A.C.M., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19569-Z**

## ORDER

Before the Court is appellant Justin Ray Monroe's October 8, 2015 Motion to Compel the District Court Reporter to Prepare and File the Reporters Record and Provide a Copy to the Petitioner. The reporter's record is past due in the above referenced cause. The record reflects appellant Justin Ray Monroe is indigent and entitled to proceed without payment of costs.

Because this is a parental termination case, we remind both Judge David Lopez and Court Reporter Glenda Johnson that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that Judge Lopez must direct Ms. Johnson to immediately commence the preparation of the reporter's record. Judge Lopez must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We **ORDER** Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record with this Court within **TEN (10) DAYS** of the date of this Order. TEX. R. APP. P. 35.5.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable David Lopez
Presiding Judge of the 256th Judicial District Court

Glenda Johnson
Official Court Reporter, 256th Judicial District Court

After the reporter's record is filed, we **DIRECT** the Clerk of this Court to send a copy of the reporter's record in paper format to Justin Ray Monroe, Sanders Estes Unit, TDCJ #01856907, 1100 Hwy 1807, Venus, TX, 76084.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE